IN THE UNITED STATES DISTRICT COURT
FOR WESTERN WASHINGTON at SEATTLE

| | |
|---|---|
| LULULIMA JACKIE SHULL, a single person & Seaman,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CROWLEY MARINE SERVICES, INC. a foreign corporation, and the tug vessel MV TAN'ERLIQ,<br><br>　　　　　　　Defendants. | NO.<br><br>**IN ADMIRALTY**<br><br>**SEAMAN'S COMPLAINT FOR DAMAGES** |

## 1.　　INTRODUCTION

**COMES NOW** Plaintiff Lululima Jackie Shull (Seaman Shull) through her attorneys Campiche Arnold PLLC and alleges the following Seaman Damages claims against her marine employer, Crowley Marine Services, Inc. (Crowley or Defendant Crowley) and the tug vessel M/V Tan'erliq.

## 2.　　PARTIES

2.1　　Plaintiff Seaman Shull at all times referenced herein, resides in Longview, Cowlitz County, Washington.

2.2　　Defendant Crowley is a foreign corporation located in Florida registered to do business in the State of Washington.

SEAMAN'S COMPLAINT FOR DAMAGES　　- 1

**CAMPICHE ARNOLD, PLLC**
110 Queen Anne Avenue North
Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111

### 3. JURISDICTION

3.1   Plaintiff Seaman Shull is a citizen of the State of Washington.

3.2   The Defendant Crowley is domiciled in and its principal place of business is Jacksonville, Florida.

3.3   Jurisdiction is vested in this Court by 28 U.S.C. § 1331 (federal question) pursuant to The United States Constitution Art. III, Sec. 2 (admiralty and maritime jurisdiction), and the Jones Act General Liability Provision, 46 U.S.C § 30104.

### 4. VENUE

4.1   Plaintiff Seaman Shull was injured (severely fractured leg) boarding the vessel (M/V Tan'erliq assigned to her by her employer Defendant Crowley docked in Anacortes Washington on December 23, 2020.

4.2   Plaintiff Seaman Shull has been treated by physicians and other health care workers in Anacortes and Seattle Washington for her fractured leg and other injuries.

4.3   By virtue of 28 U.S.C. § 1391(2) and LCR 3(e) venue lies in the United States District Court at Seattle.

### 5. JONES ACT AND ADMIRALTY

5.1   This is a seaman's claim for personal injuries sustained by a seaman in the service of and in course and scope of her employment with Defendant Crowley and Crowley's Tug M/V Tan'erliq *in persona* and the vessel *in rem*.   Plaintiff Shull alleges seaman's damage claims under both the Jones Act and General Maritime Law Doctrine of Unseaworthiness.

SEAMAN'S COMPLAINT FOR DAMAGES      - 2

**CAMPICHE ARNOLD, PLLC**
110 Queen Anne Avenue North
Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111

5.2      Crowley Marine Services and Crowley Towing Company, plaintiff's employer, regularly conducts business in Western Washington.

## 6. FACTS

6.1     Plaintiff Seaman Lululima Jackie Shull (herein Seaman Shull) re-alleges all prior paragraphs as if fully set forth.

6.2     At all times relevant to this lawsuit including December 23rd, 2020, Seaman Shull was an able-bodied seaman employed by Crowley Marine Services (Crowley) on Crowley's enhanced tractor tug M/V Tan'erliq, IMO 9178381

6.3     On December 23rd, 2020 Seaman Shull, working as an abled bodied seaman, was boarding Crowley Marine Services Tug, M/V Tan'erliq which was departing from the dock at Anacortes, Washington intending to make up and tow an oil barge.

6.4     Defendant Crowley did not provide the vessel's crew including Seaman Shull with a safe means of boarding the vessel from the dock.

6.5     Defendant Crowley did not provide a gangway, ramp, ladder, brow, or other device to provide safe access from the dock to the vessel.

6.6     Seaman Shull assisted the vessel's departure by casting off the stern port side mooring line.

6.7     The vessel was in gear requiring Seaman Shull to promptly board the aft port side of the moving vessel.

6.8     The below photograph taken at flood tide shows the Tan'erliq's bulwark rail, truck tires, and the Anacortes Curtis Wharf dock or pier which Seaman Shull was required to cross over from the dock to the vessel:

SEAMAN'S COMPLAINT FOR DAMAGES      - 3           **CAMPICHE ARNOLD, PLLC**
110 Queen Anne Avenue North
Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111



6.8    In order to board the M/V Tan'erliq Seaman Shull was required to step from the pier's little bridge, grab a tire on the tug then step on to the vessel's lip or gunwale located on the outside of the tug's hull below the bulwark railing. It was then necessary for Seaman Shull to move on the lip around the tires. Without the obstruction of the tires, she then swung a leg across the bulwark top rail, straddling the rail, brought her other leg over the bulwark top rail placing her in a sitting position on the rail facing towards the tug. She then looked down to the deck and slid off the rail landing with both feet but with more weight on the right foot.

6.9    The distance from the toe rail or bulwark top rail to the vessel's steel deck was approximately three (3) feet.

6.10   When Seaman Shull slid to the deck landing flat footed sustaining a displaced right tibial plateau fracture.

SEAMAN'S COMPLAINT FOR DAMAGES    - 4

CAMPICHE ARNOLD, PLLC
110 Queen Anne Avenue North
Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111

6.11   It is the custom and practice maintained by the employer for seaman to board this vessel by going over the bulwark top rail.

6.12   It is the custom and practice maintained by the employer to close the bulwark gate before departing the dock regardless of whether all the vessel's crew have boarded the vessel.

6.13   These customs and practices maintained by the employer create an unnecessary risk for fall or impact injuries when seaman attempt to board this vessel.

6.14   At the time of her injury Seaman Shull was in the service of the vessel performing the necessary task of "casting off" the vessel mooring lines so the vessel could proceed to the oil barge and make up tow.

6.15   Defendant Crowley had an absolute non-delegable duty to provide its crew including Seaman Shull with:

  A)  a reasonable safe work area;

  B)  a reasonably safe means of access and egress to the vessel and its workspaces;

  C)  a reasonably safe gangway, brow, or ramp; and,

  D)  a reasonably safe deck free of oil and/or ice.

6.16   Defendant Crowley negligently failed its non-delegable duty to provide the crew of its tug M/V Tan'erliq including Seaman Shull with:

  A)   a reasonably safe work area;

  B)  a reasonably safe means of access and egress to the vessel;

  C)  a reasonably safe gangway, brow, or ramp; and,

  D)  a safe deck to work on free of ice and or oil.

SEAMAN'S COMPLAINT FOR DAMAGES   - 5

**CAMPICHE ARNOLD, PLLC**
110 Queen Anne Avenue North
Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111

6.17    46 C.F.R.§ 15-75, "Protection of the Crew, provides that: *"Satisfactory means (in the form of . . . gangway) shall be provided for the protection of the crew in getting to and from their quarters . . . and all other parts used in the necessary work of the vessel"*.

6.18    The Defendant Crowley complies with the regulation set forth in 46 C.F.R.§ 15-75 stated above.

6.19    Defendant Crowley's negligent failure to provide the crew of the M/V Tan'erliq with a reasonably safe means of accessing or boarding the vessel and its' workspaces violated 46 C.F.R. § 15-75, a US Coast Guard regulation intended to protect the vessel's crew from the type of fall and injury sustained by Seaman Shull, which constitutes negligence *per se*.

6.20    Before Seaman Shull's injuries the maritime industry has known that that falls, slips, and trips on vessels were a significant cause of injuries.

6.21    Slip, trips, and falls upon boarding vessels are known to be one of the main causes of seamen's injuries.

6.22    Attempting to board tugs by stepping from the dock to the vessel and crossing the bulwark rail is known to be a high risk for injuries.

6.23    The absence of a reasonable safe means of accessing or boarding the vessel and/or the slippery deck rendered the M/V Tan'erliq unseaworthy.

6.24    The absence of a reasonable safe gangway, ramp, or brow rendered the M/V Tan'erliq unseaworthy.

6.25    Prior to Seaman Shull's December 2020 incident, Defendant Crowley routinely moored its tugs at the Anacortes "Curtis Wharf" dock.

6.26    Prior to Seaman's Shull's December 2020 incident, Defendant Crowley knew a reasonable safe gangway, brow, ramp, or boarding device, was not provided at the Anacortes

SEAMAN'S COMPLAINT FOR DAMAGES    - 6

**CAMPICHE ARNOLD, PLLC**
110 Queen Anne Avenue North
Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111

"Curtis Wharf" dock to provide safe access for Crowley's crew assigned to Crowley's tugs that regularly moored there.

6.27  As the direct and proximate cause of the negligence of the Defendant Crowley and/or the unseaworthiness of the Tug M/V Tan'erliq, Seaman Shull suffered harms, losses, and damages.

6.28  The negligence of Defendant Crowley including, but is not limited to, failure to provide it crew with reasonably safe appurtenances to board the Tug M/V Tan'erliq, and other unsafe conditions.

6.29  The above-mentioned unseaworthiness of Crowley's tug M/V Tan'erliq was a proximate cause of Seaman Shull's harms, losses, and damages.

6.30  Seaman Shull's harms, injuries, losses, and damages include, but are not limited to: displaced fracture of Seaman Shull's right tibial plateau, injuries to plaintiff's hip, leg, muscles, tendons and ligaments and nerves that either caused new injuries or lit up pre-existing body conditions causing Seaman Shull pain and disability, scarring, prolonged hospitalization and open reduction internal fixation (ORIF) surgery that included placement of metal plates, screws and support of her fractured tibia, past, present, and future lost wages, loss of earning capacity, temporary and/or permanent partial, and/or total disability, loss of past, present, and future enjoyment of life, pain and suffering, emotional and psychological distress, and other harms, losses, and damages to be proven at trial.

6.31  Seaman Shull has not reached medical cure and therefore requires continued maintenance and cure.

6.32  Plaintiff Shull continues to require maintenance and cure as she has not yet reached maximum medical cure.

**CAMPICHE ARNOLD, PLLC**
110 Queen Anne Avenue North
Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111

## 7. FIRST CAUSE OF ACTION: MAINTENANCE AND CURE

7.1 Re-allegation. Seaman Shull re-alleges and incorporates by reference all the preceding allegations and paragraphs as if fully set forth.

7.2 Plaintiff Shull, a seaman, was injured in the services of Crowley's tug M/V Tan'erliq and is therefore entitled to and has been receiving ongoing maintenance and cure from Defendant Crowley.

7.3 Seaman Shull has not reached maximum medical cure and will continue to require additional treatment and therapy including possible additional surgeries.

7.4 As of the time of filing this lawsuit Crowley Towing Company has met its obligations to provide for Seaman Shull's maintenance and cure.

7.5 Seaman Shull has not yet reached maximum medical cure, thus Defendant Crowley's obligations to provide maintenance and cure are continuing.

## 8. SECOND CAUSE OF ACTION: JONES ACT NEGLIGENCE

8.1 Re-allegation. Seaman Shull re-alleges and incorporates by reference all the preceding allegations and paragraphs as if fully set forth.

8.2 Defendant Crowley owed Plaintiff Shull, a seaman employed by Crowley, a non-delegable duty to use reasonable care to assure Plaintiff Shull's safety and to provide a safe place for her to work including a safe vessel deck and reasonably safe means of accessing the vessel including a safe gangway, brow, or ramp.

8.3 Defendant Crowley breached its above-mentioned non-delegable duty to use reasonable care to provide its crew including Seaman Shull a safe workplace.

8.4 Crowley's breach of its non-delegable duty to provide a safe workplace including safe deck and reasonably safe access to the vessel including a safe gangway, brow, or ramp,

SEAMAN'S COMPLAINT FOR DAMAGES    - 8

**CAMPICHE ARNOLD, PLLC**
110 Queen Anne Avenue North
Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111

constituted negligence and was a proximate cause of Seaman Shull's above-described harms, losses, and damages.

8.5     As a direct and proximate result of Defendant Crowley's negligence, Seaman Shull suffered harms, losses, and damages.

8.6     Seaman Shull's harms, injuries, losses, and damages include, but are not limited to displaced fracture of Seaman Shull's right tibial plateau, injuries to Plaintiff's hip, leg, muscles, tendons and ligaments and nerves that either caused new injuries or lit up pre-existing body conditions causing Seaman Shull pain and disability, scarring, prolonged hospitalization and open reduction internal fixation (ORIF) surgery that included placement of metal plates, screws and support of her fractured tibia, past, present, and future lost wages, loss of earning capacity, temporary and/or permanent partial, and/or total disability, loss of past, present, and future enjoyment of life, pain and suffering, emotional and psychological distress, and other harms, losses, and damages to be proven at trial.

8.7     Seaman Shull has and will incur additional future reasonable and necessary medical expenses including surgeries, loss earnings and permanent disability.

9.      **THIRD CAUSE OF ACTION: UNSEAWORTHINESS OF THE VESSELS**

9.1     Re-allegation. Seaman Shull re-alleges and incorporates by reference all the preceding allegations and paragraphs as if fully set forth.

9.2     Defendant Crowley's failure to provide reasonable safe means of access and egress to and the unsafe deck rendered the Defendant's tug, the M/V Tan'erliq unseaworthy.

9.3     As a direct and proximate result of the above-described unseaworthiness of Crowley's tug/vessel M/V Tan'erliq, Seaman Shull suffered harms, losses, and damages.

SEAMAN'S COMPLAINT FOR DAMAGES     - 9                    **CAMPICHE ARNOLD, PLLC**
110 Queen Anne Avenue North
Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111

9.4     Seaman Shull's harms, injuries, losses, and damages include, but are not limited to: displaced fracture of Seaman Shull's right tibial plateau, injuries to plaintiff's hip, leg, muscles, tendons and ligaments and nerves that either caused new injuries or lit up pre-existing body conditions causing Seaman Shull pain and disability, prolonged hospitalization and open reduction internal fixation (ORIF) surgery that included placement of metal plates, screws and support of her fractured tibia, past, present, scarring, and future lost wages, loss of earning capacity, temporary and/or permanent partial, and/or total disability, loss of past, present, and future enjoyment of life, pain and suffering, emotional and psychological distress, and other harms, losses, and damages to be proven at trial.

9.5     Plaintiff Shull has and will incur past, present, and future reasonable and necessary medical expenses including:  physical and occupational therapies, and the potential for future surgeries.

9.6     Plaintiff Shull continues to require maintenance and cure as she has not yet reached maximum medical cure.

## 10.     REQUEST FOR RELIEF

Plaintiff Shull requests judgment against Crowley and M/V Tan'erliq and each of them, jointly and severally, for:

1.     Non-economic damages not less than $100,000.00 to be proven at trial.

2.     Economic damages as proven at trial;

3.     Punitive damages;

4.     Pre-judgment interest on damages;

5.     Maintenance and cure;

6.     Reasonable attorneys' fees and costs incurred herein; and,

SEAMAN'S COMPLAINT FOR DAMAGES     - 10

**CAMPICHE ARNOLD, PLLC**
110 Queen Anne Avenue North
Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111

7. Other such relief as the Court finds just and equitable.

DATED June _29th_, 2021.

By: _____s/ Jeffery M. Campiche___
Jeffery M. Campiche, WSBA No. 7592
Philip G. Arnold, WSBA No. 2675
Catarina Ferreira, WSBA No. 56291
CAMPICHE ARNOLD PLLC
Attorneys for Plaintiff Shull
111 Queen Anne Avenue North, Suite 510
Seattle, WA 98109
Tele: 206.281.9000
Facsimile: 206.281.9111
Email addresses:
jcampiche@campichearnold.com
parnold@campichearnold.com
cferreira@campichearnold.com
lharris@campichearnold.com
tlane@campichearnold.com

Copies of filing to:

Mr. Michael Barcott
Holmes Weddle & Barcott
3101 Western Ave., Suite 500
Seattle, WA 98101

Complaint copy with Waiver of Service of Summons

SEAMAN'S COMPLAINT FOR DAMAGES     - 11

**CAMPICHE ARNOLD, PLLC**
110 Queen Anne Avenue North
Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111